IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

In re: Application Pursuant to 28 U.S.C. §1782
of Dr. med. Jurgen Vogel, a German Citizen

    Applicant,

    to take discovery of

Stephen G. Fleischer,

    Respondent.

---

## Order Granting Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782

---

THIS MATTER came before this Honorable Court upon the Application for Order to Take Discovery Pursuant to 28U.S.C. §1782 submitted by Applicant Dr. med. Jurgen Vogel.

THIS COURT, having considered the Dr. Vogel's application and being fully advised in the premises, finds sufficient cause to grant the Applicant's request.

IT IS THEREFORE ORDERED:

    A    Dr. Vogel's application for discovery from Mr. Fleischer pursuant to 28 U.S.C. § 1782 is hereby granted;

    B.    Dr. Vogel is hereby authorized to issue a subpoena for the deposition of Mr. Fleischer pursuant to Fed. R. Civ. P. 45; and

C. Elizabeth I. Kiovsky is hereby appointed to issue, sign and serve such subpoena upon Mr. Fleischer pursuant to Fed. R. Civ. P. 45 in this matter.

SO ORDERED THIS __10__ DAY OF MARCH, 2008.

BY THE COURT:

~~US District Court Judge~~ Craig B. Shaffer
US District Court Magistrate Judge